| | | | |
|---|---|---|---|
| Com. v. Eddington | 210 MDA 2016 Application to Withdraw as Counsel Denied; Panel Jurisdiction Retained | 01/18/2017 | CP–67–CR–0007170–2012 CP–67–CR–0007172–2012 CP–67–CR–0007173–2012 CP–67–CR–0008156–2012 (York) |
| M.N.M.L. v. C.R.L. | 699 MDA 2016 Affirmed | 01/18/2017 | 13–5721 (Cumberland) |
| Com. v. Oliver [19] | 1207 MDA 2016 Affirmed | 01/18/2017 | CP–35–CR–0001403–1993 (Lackawanna) |
| Babich v. Buffalo Wild Wings | 122 WDA 2016 Affirmed | 01/18/2017 | No. 2014–6092 (Washington) |
| Com. v. Rosado | 2474 EDA 2014 Reversed and Remanded | 01/19/2017 | CP–45–CR–0000018–2012 (Monroe) |
| Com. v. Solorio–Flores | 376 EDA 2015 Affirmed | 01/19/2017 | CP–46–CR–0008424–2013 (Montgomery) |
| Com. v. Holden | 1859 EDA 2015 Affirmed | 01/19/2017 | CP–51–CR–0014951–2007 (Philadelphia) |
| Com. v. Young | 2556 EDA 2015 Affirmed | 01/19/2017 | CP–23–CR–0004642–2014 (Delaware) |
| Com. v. Pilawski | 3606 EDA 2015 Affirmed | 01/19/2017 | CP–09–CR–0000276–2012 (Bucks) |
| Com. v. Richards | 3612 EDA 2015 Vacated and Remanded | 01/19/2017 | CP–39–CR–0005424–2014 (Lehigh) |
| Floyd, J. v. Astenjohnson, Inc. [20] | 3663 EDA 2015 Affirmed | 01/19/2017 | No. 3992, January Term, 2013 (Philadelphia) |
| Com. v. Collazo | 140 EDA 2016 Affirmed | 01/19/2017 | CP–48–CR–0003539–2014 (Northampton) |
| Com. v. Rygalski [21] | 166 EDA 2016 Vacated and Remanded | 01/19/2017 | CP–51–CR–1003751–2004 (Philadelphia) |
| In the Interest of: Z.H. | 463 EDA 2016 Affirmed | 01/19/2017 | CP–45–JV–0000197–2015 (Monroe) |
| McGinn, Smith & Co., Inc. v. Chang | 716 EDA 2016 Quashed | 01/19/2017 | No. 00144 Feb. Term 2010 (Philadelphia) |

19. Petition for reargument denied March 28, 2017.
20. Petition for reargument denied March 22, 2017.
21. Petition for reargument denied March 1, 2017.